

# UNITED STATES DISTRICT COURT
### District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse<br>316 North Robert Street<br>Suite 100<br>St. Paul, MN  55101<br>(651) 848-1100 | U.S. Courthouse<br>300 South Fourth Street<br>Suite 202<br>Minneapolis, MN 55415<br>(612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse<br>515 West First Street<br>Suite 417<br>Duluth, MN 55802<br>(218) 529-3500 | U.S. Courthouse<br>118 South Mill Street<br>Suite 212<br>Fergus Falls, MN 56537<br>(218) 739-5758 |

January 22, 2013

Mr. Thomas G. Bruton
Clerk
United States District Court
Everett McKinley Dirksen
  United States Courthouse
219 South Dearborn Street, Room 2044
Chicago, IL 60604

Re:  Donald Anderson
     Our Case Number: 13-17 DWF
     Your Case Number: 05 CR 00599-1

Dear Clerk:


**Transfer In**

x   Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

**Rule 5 (formerly Rule 40) Removal Proceedings**

    Enclosed please find certified copies of all documents filed in our court.

**Rule 20**

    Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK


s/Leah E. Gilgenbach

Leah E. Gilgenbach, Deputy Clerk

cc:   Nicole A. Engisch, Assistant U. S. Attorney
      Public Defender's Office
      Richard W. Hermes, Probation Officer (Minneapolis)(All except Rule 5)
      Financial Litigation Unit (Final & Transfer In)
      Financial Services Department (Final & Transfer In)
      File CR 13-17 DWF